NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES L. LILLY,                    )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No.  2D17-1508
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
                                   )
_____)

Opinion filed November 14, 2018.

Appeal from the Circuit Court for Manatee
County; Susan B. Maulucci, Judge.

Howard L. Dimmig, II, Public Defender, and
Kevin Briggs, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.



LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.